[No. 21166-5-III.   Division Three.   April 17, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. SHANE HUGHES TRUMP, *Respondent*.

Appeal from judgments of the Superior Court for Spokane County, No. 02-1-00093-3, Kathleen M. O'Connor and Tari S. Eitzen, JJ., entered May 3 and 6, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 46054-4-I.   Division One.   April 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DESI SALAZAR, *Defendant*, ALAN VANCE LEYVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01279-4, Michael Hayden, J., entered January 31, 2000. *Remanded* by unpublished opinion per Grosse, J., concurred in by Ellington and Appelwick, JJ.

[No. 47308-5-I.   Division One.   April 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN VERMILLION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08431-2, Patricia H. Clark, J., entered August 14, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Coleman and Baker, JJ.